# COURT MINUTES

Page 1

## Chief Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3        Date: 3/14/25        Time: 10:00 a.m.

Defendant: Roscow Anderson Strachan        J#: 14057-506        Case #: 25-cr-20108-Martinez/Sanchez

AUSA: **Jeremy Fugate**        Attorney: AFPD, Helene Barthelemy

Violation: Conspiracy to Distribute Cocaine; Distribution of Cocaine

Proceeding: Arraignment        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:

Bond Set at: STIP-Pretrial Detention        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
*Brady order given on 3/5/25*
***Defendant Arraigned.*** Reading of Indictment Waived. Not Guilty plea entered. Jury Trial demanded. Standing Discovery Order requested.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**        Date:        Time:        Judge:        Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **JG-10:01:08**        Time in Court: **4 mins.**