UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20108-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Roscow Strachan,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Ashley Kay. Please direct any future inquiries, pleadings or correspondence to Ms. Kay on behalf of the Defendant.

    Respectfully Submitted,
**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**
BY:   /s/*Ashley Kay*
      Ashley Kay
      Assistant Federal Public Defender
      Florida Bar Number: 78991
      150 West Flagler Street
      Suite 1700
      Miami, Florida 33130-1556
      Tel: 305-530-7000
      Fax: 305-536-4559
      Ashley_kay@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **March 21, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Ashley Kay*