UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20108-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSCOW STRACHAN,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Roscow Strachan, through undersigned counsel, files this unopposed motion to continue trial and respectfully requests this Court enter an Order continuing the trial and accompanying pretrial deadlines for <u>45 days from the current trial date of May 5, 2025</u>. In support, counsel states the following:

1. Mr. Strachan is charged—via Indictment—with conspiracy to distribute cocaine in violation of 21 U.S.C. § 846, distribution of cocaine in violation of 21 U.S.C. § 841(a)(1), and possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1). (DE 18).

2. On March 14, 2025, Mr. Alexander entered a plea of not guilty to the Indictment and stipulated to pretrial detention with the right to revisit. (DE 19).

3. Calendar call is May 1, 2025, and the two-week trial period begins May 5, 2025. (DE 24).

4. On April 2, 2025, the government provided discovery.

5. To allow time to review the discovery—which includes audio recordings and numerous lengthy video recordings—with Mr. Strachan, investigate accordingly, and allow Mr. Strachan time to make an informed decision of how to proceed, counsel requests a 45-day continuance of trial and accompanying pretrial deadlines.

6. Counsel conferred with Assistant United States Attorney Jeremy Fugate, who does not oppose this motion.

7. Pursuant to 18 U.S.C. § 3161(c)(2), Mr. Strachan waives his right to a speedy trial from the date of this continuance request through the date the Court sets his case for trial.

WHEREFORE, the Defendant, Roscow Strachan, respectfully requests this Court grant the unopposed motion and enter an Order continuing Mr. Strachan's trial and accompanying pretrial deadlines for <u>45 days from the current trial date of May 5, 2025</u>.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER
By: */s/ Ashley Kay*
Florida Bar No. 78991
Assistant Federal Public Defender
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
ashley_kay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  */s/ Ashley Kay*