UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-CR-20108-MARTINEZ

UNITED STATES OF AMERICA

v.

ROSCOW STRACHAN, *and*
AKIL THURSTON,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONS TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon both defendant Roscow Strachan's *Unopposed Motion to Continue Trial* **[ECF No. 29]** and *Defendant Akil Thurston's Unopposed Motion to Continue Trial and Related Deadlines* **[ECF No. 28]**. The Court has reviewed the issues at hand and is otherwise fully advised in the premises.

After careful consideration, the Court finds that the ends of justice will be served by a continuance of the trial as to the Defendants as set forth below, and that an extension outweighs the interest of the public and the Defendants in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that a continuance is **GRANTED**.

The previous calendar call and trial date are CANCELLED. Trial in this cause is reset during the two-week trial period starting on **Monday, June 16, 2025, at 9:30 a.m.**, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, June 12, 2025, at 1:30 p.m.**, also at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128. All counsel must be present at the calendar call.

The Court finds that the period of delay from April 16, 2025, to June 16, 2025, and any

other trial date set hereafter is excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 161(h)(7)(A). This Court finds that: 1) the period for delay resulting from the granting of this joint continuance, to and including the date the trial commences, is excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*; and 2) the ends of justice are served by granting the continuance and outweigh the best interest of the public and Defendants with regard to a speedy trial pursuant to 18 U.S.C. § 3161 because the failure to grant the continuance will prevent the Defendants from receiving an effective defense.

Additionally, it should be noted that, for this purpose, both defendants waived their speedy trial periods within their respective motions, "in the interest of justice." Defendant Strachan did so on page two, paragraph seven **[ECF No. 29]**, while defendant Thurston did so on page two, paragraphs five through seven **[ECF No. 28]**.

Parties shall file their joint proposed jury instructions as well as verdict forms and proposed voir dire questions if any, one week prior to calendar call. For all other pretrial deadlines, the parties shall refer to the Court's scheduling order **[ECF No. 24]** for applicable deadlines.

There will be no more continuances granted in this matter absent exigent circumstances.

**DONE AND ORDERED** at Chambers in Miami, Florida, this __16__ day of April, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
United States Probation Office