UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20108-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ROSCOW STRACHAN,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Roscow Strachan, through undersigned counsel, files this unopposed motion to continue trial and respectfully requests this Court enter an Order continuing the trial and accompanying pretrial deadlines for <u>45 days from the current trial date of June 16, 2025</u>. In support, counsel states the following:

1. Mr. Strachan is charged—via Indictment—with conspiracy to distribute cocaine in violation of 21 U.S.C. § 846, distribution of cocaine in violation of 21 U.S.C. § 841(a)(1), and possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1). (DE 18).

2. Calendar call is June 12, 2025, and trial is set for the two-week period beginning June 16, 2024. (DE 30).

3. Counsel is in the process of reviewing the discovery with Mr. Strachan, which includes multiple videos, totaling approximately twelve hours.

4. Additionally, counsel will be out of the district for back-to-back Federal

Defender trainings from July 10th through July 25th.

5. To allow time to finish the discovery review with Mr. Strachan and to account for the out-of-district trainings, counsel requests a 45-day continuance of trial and accompanying pretrial deadlines.

6. Counsel conferred with Assistant United States Attorney Jeremy Fugate, who does not oppose this motion. Counsel for the co-defendant, David Donet, plans to file a motion to continue as well.

7. Pursuant to 18 U.S.C. § 3161(c)(2), Mr. Strachan waives his right to a speedy trial from the date of this continuance request through the date the Court sets his case for trial.

WHEREFORE, Roscow Strachan, respectfully requests this Court grant the unopposed motion and enter an Order continuing Mr. Strachan's trial for <u>45 days from the current trial date of June 16, 2025</u>.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER
By: */s/ Ashley Kay*
Florida Bar No. 78991
Assistant Federal Public Defender
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
ashley_kay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  */s/ Ashley Kay*