UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. <u>25-CR-20108-MARTINEZ</u>

UNITED STATES OF AMERICA

vs.

ROSCOW STRACHAN,

   Defendant.

_____/

## STIPULATED FACTUAL PROFFER

The United States of America, Roscow Strachan ("STRACHAN"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On February 27, 2025, an undercover detective met with STRACHAN at an Outback Steakhouse in Broward County to distribute cocaine. During the meeting, STRACHAN called his contact to bring him the cocaine. The contact, later identified as, Akil Thurston ("THURSTON"), arrived at the Outback in a red Honda Accord. After THURSTON arrived, STRACHAN entered the Accord, retrieved the cocaine, and exited the car with one kilogram of cocaine underneath his shirt. After STRACHAN returned, he gave the undercover detective one kilogram of cocaine in exchange for $17,000. After the transaction was complete, STRACHAN and THURSTON departed.

After the initial meeting, STRACHAN agreed to meet the undercover detective and sell him an additional 15 kilograms of cocaine at a CVS pharmacy in Fort Lauderdale. STRACHAN met the undercover detective at the CVS and they proceeded to wait for THURSTON to arrive with the 15 kilograms of cocaine.

While THURSTON was in route with the cocaine, state troopers conducted a traffic stop on his Honda Accord for a windshield tint violation. During the stop, the troopers approached and observed a black duffle bag on the rear driver side floorboard in plain view. At this point, officers had THURSTON exit the vehicle and immediately had a narcotics canine conduct an open-air sniff of the vehicle. After the canine alerted to the vehicle, the troopers searched the vehicle and found approximately 15 kilograms of cocaine inside the black duffle bag. The cocaine was recovered and subsequently field tested positive. After the stop was complete and the cocaine was recovered, STRACHAN and THURSTON were taken into police custody.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: 6/16/25           By: _____
                            JEREMY C. FUGATE
                            ASSISTANT UNITED STATES ATTORNEY

Date: 6/16/25           By: _____
                            ASHLEY D. KAY
                            ATTORNEY FOR DEFENDANT

Date: 6/16/25           By: _____
                            ROSCOW STRACHAN
                            DEFENDANT