UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20108-CR-MARTINEZ

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROSCOW STRACHAN,
    Defendant.
_____/

## NOTICE OF FILING CHARACTER LETTERS
## IN SUPPORT OF SENTENCING

Roscow Strachan, through counsel, respectfully files the following character letters in support of sentencing.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

s/ *Ashley Kay*
Ashley Kay
Assistant Federal Public Defender
Florida Bar No. 78991
150 West Flagler Street, Suite 1700
Miami, Florida 33130
305-530-7000
ashley_kay@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2025, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

    s/ *Ashley Kay*
Ashley Kay

To the Most Honorable Jose E. Martinez,

Roscow Strachan is my husband. We have known each other for over 30 years, and we have been happily married for over 25 years. In this time, he has proven to be of a fine and responsible character. A respectable businessman, loving husband, and dedicated father to our children.

Together my husband and I have a little restaurant on Potter's Cay. I do the cooking, and my husband catches the conch and fish, cleans the conch and fish, and prepares them. We are proud of how our business helps our community. It was very hard to keep running since the pandemic, and we hope to open full-time when Roscow comes home. Here is a picture of our restaurant.



My husband is a family man. He works hard to provide for us. And he is caring, honest, loving and dedicated to his family. But he is also a man that gives back to his community.

My husband had a very hard upbringing as a child. He grew up without his parents, and his grandmother took care of him. He doesn't like to talk about it, but he experienced many hard, hungry days and nights. My husband and I have created a strong bond and a close family, something he always lacked and wanted as a child.

As a businessman in his community, he became a father to not only our children but also the community children. Over the years he has sponsored numerous summer camps, donated food boxes to single mothers, held toy drives for children, and held

fireworks displays on Halloween. My husband became a father figure to many children in and outside the community.

In 2021, my best friend died leaving two grown children in their early thirties and four grandchildren, the oldest being fifteen. My best friend was the financial provider and their emotional rock. And now she was gone. I asked my husband to provide for this family, and he did. He takes care of any bill they cannot pay and provides all the school supplies for the children. He also took responsibility of showing them the love and support they need.

Roscow Strachan, my husband, a kindhearted man, is greatly missed, loved and adored by not only his family, but by many others. As a loving husband and an exceptional father, he provides for our home. And I will be forever grateful to him. I am proud of the family we created together and pray that God continues to bless our unity.


Best regards,
Lisa

Dear Honorable Judge Martinez,

I hope that this letter finds you in great spirits. My name is Lasheka, oldest daughter of Roscow Strachan. I am writing to you today a personal character reference for my father – whom I have known and resided with for over thirty-seven years as a present, hands-on parent.

I am fully aware of the legal situation and understand the seriousness of the case. Moreover, I understand that the Court is now considering the sentencing of my father, and I believe it is important for the Court to understand his character from my perspective.

My father, Roscow Strachan, whom I thank God for everyday is not only a father to myself and siblings, but also a father to the children in the poor community he grew up in. As a child, one of my most favorite memories of him is the way he would give back to his community. In the summer months, he would give out school bags filled with supplies, and food boxes. In the Christmas months, he would give out bicycles or toys to less fortunate children in the community. In addition, he extended his generosity not only to children, but to adults; he would give out meals of fish and groceries bags, as he was a restaurant owner and fisherman

This is the type of man I know, the type of father I remember. He is a humble, dedicated, and hardworking individual who consistently provides for our family.

He educated all his children; hence I graduated from community college with High Honors as an educator. Because of my father's compassionate dedication and obligation to me and our family, I have never experienced hunger or had to go without food or necessities, and I am thankful to him for that.

I truly and firmly believe that his actions are not a true reflection of his character. He has always been a positive influence on me and my siblings, teaching us the importance of family and values. I will continue to support him throughout this ordeal.

I believe that my father Roscow Strachan is a modest family man who has made a mistake, and I am confident that he can learn from this experience. I love my father with all my heart, and I miss him dearly. I long and pray for the day I can see the best father in the universe's face once again.

Best regards,
Lasheka